# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | FILED:  JULY 29, 2008 |
|---|---|---|
| BMG MUSIC, et al. | Case Number: | 08CV4281 |
| v. | | JUDGE HART |
| MIKE TULLY | | MAGISTRATE JUDGE SCHENKIER |
| | | NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, LLC; ATLANTIC RECORDING CORPORATION; and ARISTA RECORDS LLC

| |
|---|
| NAME (Type or print) |
| Tia C. Ghattas |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Tia C. Ghattas |
| FIRM |
| Cozen O'Connor |
| STREET ADDRESS |
| 222 South Riverside Plaza, Suite 1500 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)        TELEPHONE NUMBER |
| 6269818                                         (312) 382-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |