AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION   APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District of Illinois** |
|---|---|
| DOCKET NO.<br>08 cv 4281 | DATE FILED<br>July 29, 2008 | **Everett McKinley Dirksen Buidling**<br>**219 South Dearborn St., 20th Floor**<br>**Chicago, IL 60604** |

| PLAINTIFF<br>**BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, LLC; ATLANTIC RECORDING CORPORATION; and ARISTA RECORDS LLC** | | DEFENDANT<br><br>**MIKE TULLY** |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | Amendment       Answer       Cross Bill       Other Pleading | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order       Judgment | WRITTEN OPINION ATTACHED<br>Yes       No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court       5) Case File Copy

# EXHIBIT A

## MIKE TULLY

| IP Address: 75.22.29.155 2007-02-20 07:57:15 EST | CASE ID# 118975574 |
|---|---|
| | |
| P2P Network: Gnutella | Total Audio Files: 157 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Clint Black | Something That We Do | D' Lectrified | 270-778 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Miami | Big Willie Style | 249-123 |
| BMG Music | Clint Black | A Good Run Of Bad Luck | No Time to Kill | 168-535 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Human Nature | Thriller | 41-965 |
| Capitol Records, LLC | Bob Seger | Still the Same | Still the Same (single) | 5-635 |
| Atlantic Recording Corporation | Genesis | Hold on My Heart | We Can't Dance | 172-581 |
| Capitol Records, LLC | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Cyndi Lauper | Time After Time | She's So Unusual | 50-827 |
| Arista Records LLC | Brooks & Dunn | Neon Moon | Brand New Man | 140-290 |