IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

BMG MUSIC, ET AL.,

Plaintiff/Petitioner

vs.
MIKE TULLY

Defendant/Respondent

Hearing Date:

CAUSE NO: 08CV4281

DECLARATION OF SERVICE OF:
NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **17th day of August, 2008, at 12:45 PM**, at the address of **1147 GLENYS Drive, LEMONT, IL 60439**; this declarant served the above described documents upon **MIKE TULLY**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **MIKE TULLY, NAMED DEFENDANT, A white male approx. 55-65 years of age 5'8"-5'10" in height weighing 240-260 lbs with gray hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this **18th day of August, 2008**.

_Gregory Piazza_, Reg # 117-001119, IL

FOR: COZEN O'CONNOR
REF: TULLYMIKE|118975574

ORIGINAL PROOF OF SERVICE

Tracking #: 5356023 SEA